Cymeyonv. Hill
_____
Name and Prisoner/Booking Number

CSP SACRAMENTO
_____
Place of Confinement

PO BOX 290066
_____
Mailing Address

RepResa CA
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# FILED

**JUL 15 2019**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Cymeyon v. Hill ,
_____
(Full Name of Plaintiff)        Plaintiff,

v.

(1) WARDEN JEFF LYNCH
_____
(Full Name of Defendant)

(2) Officer Buckley ,

(3) Officer Erickson ,

(4) Officer Aldrich ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-cv-1331 KJN
_____
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents,</u> 403 U.S. 388 (1971).
   ☐ Other: pursuant to civil detainee

2. Institution/city where violation occurred: CSP SACRAMENTO

Revised 3/15/2016                                          1

## B. DEFENDANTS

1. Name of first Defendant: *Jefflyich H*. The first Defendant is employed as: *Warden* at *CSP Sacramento*.
   (Position and Title)                                  (Institution)

2. Name of second Defendant: *Buckley*. The second Defendant is employed as: *Officer* at *CSP Sacramento*.
   (Position and Title)                                  (Institution)

3. Name of third Defendant: *Erikson*. The third Defendant is employed as: *Officer* at *CSP Sacramento*.
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: *Aldrich*. The fourth Defendant is employed as: *Officer* at *CSP Sacramento*.
   (Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *Hill* v. *Rios*
      2. Court and case number: *2:18-cv-03224-efB*.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: *Hill* v. *Porter*
      2. Court and case number: *settled dissmissal*.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

1. CLEARLY OVER AND OVER THAT
   HE WAS FEELIING SUICIDAL TO
   OFFICER SYKES AND Sgt FROM
   B FACILITY:

2. AFTER PLAINTIFF ARRIVED
   TO A FACILITY SALLY PORT
   SIVE DEFENDANTS OFFICER
   BUCKLEY AND OFFICER ERICKSON:

3. THEN PLACED PLAINTIFF
   IN A FACILITY LEG IRONS AND
   HANDCUFFS TO BE FORCED
   TO BE HOUSED IN 3 BLOCK:

4. PLAINTIFF REPEATED OVER
   AND OVER TO DEFENDANTS
   BUCKLEY AND ERICKSON
   THAT HE WAS STILL SUICIDAL:

5. OFFICER BUCKLEY AND
   OFFICER ERICKSON BOTH
   STATED WE DONT GIVE A FUCK
   YOUR GOING TO 3 BLOCK.

1A.

6. PLAINtiff stated WHAts tHis ALL ABOUt. officeR BuckLey ANd officeR ekicksoN theiv Begiiv twistiivg my ARMS ANd WRists. IN A foRcefvl mANNeR.

7. PLAINtiff tHeN stated to defeNdANts BuckLey ANd defeNdANt ekicksON wHy ARe you foRciNg me ANd pvsHiivg me so HARd.

8 defeNdANts BuckLey ANd ekicksON AftER tRyiNg to BReAk my ARMS ANd WRist tHRew me IN tHe ceLL IN tHRee BLock.

9. PLAINtiff RefUsed to give BAck tHe HANd cUffs stAtiNg LovdLy I m svicidAL get me oUt of HeRe. Im svicidAL

2A

10. defendant erickson stated Hill give us our cuffs back. I plaintiff then stated Im suicidal man get me out of this block.

11. defendant officer aldrich waved to tower officer to open plaintiffs cell door against cdck policy.

12. defendants buckley and officer erickson ran in plaintiffs cell stating give us are fucking cuffs back. plaintiff then continue to say man Im suicidal.

13. defendants buckley and officer erickson forcefully yanked my arms with the malicious intent to break my wrists.

3 A

page 4

14. defendants Buckley and eric kson then lied stating we promise to bring you out if you release the cuffs.

15. plaintiff then released the hand cuffs to defendants Buckley and officer ericksoN both defendants tried to walk away.

16. plaintiff loudly stated Im suicidal officer thao then had me cuffed up and escorted me to sallyporta facility to be evaluated by mental health evaluator bell springle

17. plaintiff was then rehoused in B facility crisis trikage ASHAM suicide watch.

4 A

18. AS A Result of tHis excessive
force Action plaintiff
Aquired Abraisons to botH
Ankles from Leg irons
cutting off circulation
And severe Ankle wrist
And bone pain causing
major numbness to legs
And wrist Area.

19. plaintiff is suing
tHe warden Jeff Lynch
in His supervisory capacity
individual And official
capacity.

20. by statue tHe warden
is responsible for ensuring
tHe safety of ALL pre
trial civil detainees
And is being sued in
His individual And official
capacity.

21. By prison policy all civil
detaines are not supposed
to be housed even around
non civil inmates which
leads to safety and security
issue.

22. By prison policy under the
14th amendment all civil
pre trial detainees are
suppose to be under higher
protection and safety
under the super vision of
the warden. see edgekly
v. city and county of san
fransico 495 f 3d 645, 660
(9th circuit) 2007

23. plaintiff is suing officer
buckley officer erickson
and officer aldrich
all in there individual
capacitys with a strict
lean on all of there
monthly salaries and any
cdcr retirement funding.

PAge 7

24. Defendant officer ALdrich was malicious And deliberatley indifferen By opening And or having the tower officer open plaintiffs cell un Authorized by low level sgt should have been contacted to retrieve hand cuffs in 3 block from plaintiff.

25. Defendant Aldrich should have contacted the sgt instead of violating cdcr policy by entering plaintiffs cell in 3 block without cell extraction team see skrtich v thornton 267 f.3d 1295 1302 (11th ctr. 2002) LtAbility for excessive force un Authorized cell extraction.

26. Defendant Aldrich
violated plaintiffs 8th
Amendment and 14th
Amendment cruel and
usual punishment and
nue process.

27 By participating in the
excessive force after
defendants Buckley
and erickson ordered
defendant Aldrich
to get plaintiffs cell
open so that defendant
Buckley and erickson
could assault plaintiff
further to force
plaintiff to give handcuffs
back to defendants
Buckley and erickson.

28. Therefore defendant
Aldrich could have easily
interveined by stoping
defendant Buckley and

page 9

defendant erickson from the continuum of there excessive force upon plaintiff.

28. Instead defendant Aldrich knew of the clear evident substantial risk of plaintiff being maliciously assaulted but chose to disobey cdck cell extraction policy participating in the abuse and or the deliberate indifference acted out by defendant Buckley and erickson.

29. All defendants mentioned in this claim knew the cdck policy regarding suicide prevention and was put on notice that plaintiff was suicidal but failed to respond reasonably despite the notice

[see ALL exzibits]

33. PLAINtiff ALSO Request
that the federAL ovek
seek mentAL HeALtH
7udge kimbekly Mveller
intiate certified federAL
iNdictment UpoN oR After
iNvestigAtioN ofcdck
defeNdANts meINtiolved
cRiminAL LiABiLity with
the 7uRisdictioN of the
couRt


34. PLAINtiff ALSo fuRtHeR
Request tHAt supeRvisoR
7eff LYNCH wAKdeN of
cdck Be fedekALLY
iNdicted foK tHe diKect
CoNspiRAcy to HAve
plAIntiff killed By custody
officiALS ALoNg with mAfiA
style to coN tiNve A
coRRupt cRiminAL ORgANiz
AtioN See (kico Act) oK
(web site): foK www. gkeeNwALL
2001. com foK moRe iNfo:

30 PLAINtiff HAS AN extensive
mental HEALtH History
includivg Recent Admission
to ckisis Bed Admissions
ANd pLACed on suicide
WAtcH BY mentAL HeALtH
HeALtH IN B-7 ASHim
Suicide WAtcH.

31. PLAINtiff Is A civil detainee
being wHere Housed ivcdck
ANd ALL mentiolved defendant
includivg nepARtmentAL
cdck Review BOARd ANd
cspsACkAmento Admivistratioiv
HAve covspired to HAve
pLAivtiff killed on Numerous
incidents.

32. PLAINtiff Request tHAt
mentAL HEALtH federAL
overseek kimBeRLY
mueLLeR exekcise tHe
AutHoR,tY over tHis
cLAim for pLAivtiff safety

## D. CAUSE OF ACTION

**CLAIM I**

1.  State the constitutional or other federal civil right that was violated: _14 +H Amendmen_
_Violation of civil commitment_.

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_excessive force against civil_
_pre trial detainee cruel and unusal_
_punishment with the malicious intent_
_to have plaintiff assisanated by_
_by defendant in old claim see Hill_
_vs porter: plaintiff was not a threat_
_to escort officers and was fully shackled_
_+ury + real demainded and puinitive_
_damages requested pursuant to_
_federal procedure: on 6-27-19 after_
_being discharged from B-facil. ty 7_
_block suicide watch around 5:30 pm_
_officer sykes and b-facility 3rd watch_
_sgt escorted to a facility to be housed_
_in 3 block where old defendant aint porter_
_was still working, plaintiff stated_.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_plaintiff received laceration abrasions_
_on ankles wrist severe numbness and_
_chronic pain from cut of circulation_.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _plaintiff appeal has been_
    _processed preparation for exhaustion_.

3

1. Plaintiff is a pretrial detainee. cdck defendant/officer Buckley are responsible for the safety and security of civil inmates placing custody on notice of suicidal identions.

2. Plaintiff upon notifying defendant officer Buckley and officer erickson should have acted on reasonable ability and knowledge to follow cdck suicidal protocul.

3. Instead defendant officer Buckley and officer erickson decided to obstruct justice by refusing to follow the mental health suicidal procedure especially the statue for civil detainees under the 14th amendment due process

4 PLAINtiff continues to suffer from the malicious/ness and cruel and unual punishment through medical and or defendant officer buckleys and officer erickson refusal to follow cdcr rules and procedure for suicide prevention treatment.

5. Although plaintiff stated numerous of times to defendant buckley and defendant erickson He was suicidal the failure to act and protect the safety and security of plaintiff(Health and safety was clearly deliberatley in differlent and malicious on both defendants buckley and erickson. see estate of cole vs. fromm 94 f.3d 254, 259, (7th circ) 1996

2A.

6. SUICIDE AND SELF HARM ARE SERIOUS MEDICAL PROBLEMS PRISON OFFICIALS BUCKLEY AND ERICKSON SHOULD HAVE RESPONDED REASONABLY.

7. WHEN THE DEFENDANT OFFICER BUCKLEY AND OFFICER ERICKSON LEARNED THAT A SUBSTANTIAL RISK THAT PLAINTIFF WAS GOING TO KILL HIMSELF.

8 PLAINTIFF/REPORT/I OT SUICIDE PAST SUICIDE HISTORY AND PREVIOUS PLACEMENT/I ON SUICIDE WATCH SHOULD HAVE BEEN ENOUGH EVIDENCE.

9. FOR DEFENDANTS BUCKLEY AND OFFICER ERICKSON TO CONTRACT MENTAL HEALTH FOR PLAINTIFF TO BE EVALUATED SEE GREGOIKEV CLASS 236 +3d 413, 417 (8TH CIRC) 2000

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: *8th Amend ment violation serious medical need suicidal History*

2. **Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.**

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☒ Medical care

   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation

   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: *Suicidal ,deation*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *deliberate in difference to serious medical need suicidal Be HAViouR with the intent to kill my self. CKveL AIVd unusual punishment. officeRs Refuled to follow cdcR prison policy Aivd oR suicidal pRoceduRe. oN 6-7-7-19 officeR Buckley Aivd officeR ekick solv Refuled to AdHere to plaintiff suicidal idcation plaintiff Repeatedly placed defendant/ Buckley Aivd officeR ekick solv oN Notice that plaintiff Stated loudly that He was suicidal. defendants insteAd Refuled to AdHere to plaintiffs Request insteAd left plaintiff to suffer iN A facility 3 block iN tHe cell. A++ek officeR tHAd iN tekveNed theN defeNdAvt Buckley Aivd ekic ksolv decided to follow Aftek pkeviously wAlkiNg AwAy.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *physically iNjuRy to wRist AivxLef Aivd solves foR Restraivts seiivg tiqHt Aivd cut of ciRcuLAtioiv*

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *AppeAL Still peivdiNg*

4

1. defendant officer Buckley
And officer erick Soiv
were close friends with
old defendant porter
with the malicious intent
to have plaintiff harmed
in retaliation for winiving
settlemet against
defendant porter.

2 plaintiff evelv received
acdck 115 for refusivg
to houle in a facility
3 block because of safety
conceckns and teak of
retaliatioiv by old
defendant porter.

3. plaintiff has cleak
And convincivg evidevce
that defendants Buckley
And ekick Soiv were
conspirivg to have me
killed by officek portek

1A

4. defendants Buckley
  and erickson stated
  your going to 3 block
  A facility forcing me
  against my will to be in
  A situation where I could
  have been attacked
  and assaulted by old
  defendant porter
  threat to safety.

5. Upon information and
  belief defendants
  Buckley and erickson
  sole purpose was to get
  plaintiff harmed based
  on there prior knowledge
  of plaintiffs history
  with old defendant
  porter.

6. Defendants officer Buckley
  and erickson did nothing
  to prevent plaintiff from
  safety concern in 3 block

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _8 TH_
   _AMENdMENT VIOLATION_ .

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _CRVEL ANd UNVUAL PUNISHMENT_
   _Attempted to Have PLAINtiff_
   _MURdERed By A defeNdANt IN A PREVIOUS_
   _excessive CLAIM see HILL VS PORTER_
   _IN WHICH PLAINtiff Settled out of court_
   _witH deputy AttoRNEY geNERAL KELLYA_
   _SAMSON. ON 6-27-19 defeNdANts officeR_
   _BUCKLEY ANd officeR ERICKSON weRe_
   _tHe A fAcility SIVES coNtRolleRs of bed_
   _oR cell moves IN A fAcility tRied to_
   _PLACe PLAINtiff IN HOUSING UNIt IN 3_
   _BLOCk wHeRe PLAINtiff wAS ASSAULted_
   _By officeR PORTER ANd ELIZARAS IN_
   _2018 foR excessive foRce ANd SUICIdAL_
   _ideAtioNS see docket foR Settlement_
   _coNfeReNce HeARING HILLVS PORTER_ .

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _PLAINtiff SUffeRS aANkle PAIN_
   _WRISt PAIN ANd seveRe NUMBNeSS_
   _IN WRIST ANd ANkles_ .

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _APPEAL Still PeNdING_
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

*PLAINtiff Reuvest fok PUIVitive dAmmAgel*
*AIVd COmpeNSAtiON dAmmAgel fok*
*medicAL iNfUkiel tO WkISt AIV ELel*
*fok $59,000 AIVd A ceAIV OIV*
*SALAkY of ALL defeNd AIVtS iNcLUdINg*
*LeAIV OIV cdck Ketikement fUIVdl*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 - 9 - 19___
   DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

eXZ1B1+(555)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

see
medical 7IV7VK Y )

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| CSP-SAC | DISPO OFFICE — A WATCH | 7/9/19 |

REASON FOR REPORT  ☐ ALLEGATION   ☐ ON THE JOB INJURY   ☒ USE OF FORCE   ☐ INJURY   ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE   ☐ PRE AD/SEG ADMISSION   ☐ R&R   allegations ☐ OTHER

| NAME | LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|---|
| | HILL | CYMEYON | V53300 | N/A | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| A-3 Block | 6/27/19 | 1730 | 1900 | 7/9/19 -1845 | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

Coming from B 7 suicide watch & escorted by ckes & another Sg
to A yard. Told still suicidal but handcuffed tightly to anklets
wrists. Continued to be suicidal but said safety concerns but to
to A 3 anyway by officer Buckley & Erickson.

| INJURIES FOUND? | YES / NO | |
|---|---|---|
| Right | | Left |

| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 9/10 (11) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

Front                    Back

**Chemical Agent Exposure?**   YES / NO
Chem. Agent Exposure Area   EX

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES / NO / REFUSED

Self-decontamination
Instructions given?   YES / NO

Staff issued
Exposure packet?   YES / NO

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| N/A | |
| 2nd Check | Final |

TIME/DISPOSITION
1905 — Sgt Resker

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| B NICOLADLE, RN / B Nicolascka | 111/2578 | Thurs/ | CTC-1 |

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Instructions**

## REASON FOR REPORT
Enter a check mark indicating the reason for the Medical Report of Injury or Unusual Occurrence. If the reason for report is not listed, place a check next to "Other" and write in the reason.

## BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INURY OR UNUSUAL OCCURRENCE
Ask the subject what caused the injury or unusual occurrence, and BRIEFLY enter the circumstances here (ex. Inmate stated "I fell while leaving my cell and hit my head on the bed post"). THIS SHOULD BE A DIRECT QUOTE OF THE SUBJECT'S STATEMENT.

## INJURIES FOUND?
Circle "Yes" or "No" indicating whether or not physical injuries found on the subject. Do not circle "Yes" for only chemical agent exposure.

## NUMERICAL INDICATORS
Circle any relevant entries, and indicate on the diagram, where the injury was found by writing the respective number in the appropriate place on the body/head diagram.

## Q 15 MIN. CHECK TIEMS
The initial check time will be the same time entered in "Time Seen" in the upper portion of the form. The 1st check will be 15 minutes after the initial check. The 2nd check will be 15 mins after 1st check. The Final check will be 15 minutes after the 2nd check, and 45 minutes after the initial check.

## CHEM. AGENT SPRAY AREA
Circle "EX" if subject was exposed to chemical agents, then indicate on the illustration where on the body/head diagram chemical agent exposure was located by writing "EX". If no injuries were discovered, but there was chemical agent exposure, the "Injuries Found" should indicate "No" (See example below).

eXZIBit (999)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Hill v. Porter*
No.:         **2:18-cv-00451 KJM CKD (P)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **January 8, 2019,** I served the attached

> **DEFENDANTS' NON-CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Cymeyon Victor Hill, V-53300
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true and correct and that this declaration was executed on January 8, 2019, at Sacramento, California.

| | |
|---|---|
| L. Venable | *J. Venable* |
| Declarant | Signature |

SA2018301167
33729382.docx

exZiBit S
AmeNded COMPLAINt
35 pAgeſ

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _cymeyO/VV.Hill_ am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_csp sACKAmeiVtO_
_pobox 2900 Ḃ Ḃ_
_RepResA cA_
_45Ḃ71_

On, _7-/0-/9_, I served the following documents:

_AmeNded COMpLAINt_
_exZiBiti 35 pAgeſ_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _UNited stAte/_
   _ensteRN_
   _distRict_
   _couRt_
   _501 st_

2. _stReet ste_
   _4-200_
   _sACKAmeNtO_
   _cA95814_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _7_ day of _10_, _19_, at California State Prison - Sacramento, Represa, California.

(Signature) _____